| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Marquis Valantee Tate, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-22-1678 |
| Bobby Lumpkin, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On October 13, 2022, Magistrate Judge Peter Bray recommended that Marquis Valantee Tate's petition be dismissed without prejudice as an unauthorized successive petition. (5) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November 21, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge